# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| **Wendy Brisentine and**  ) <br> **April Brisentine and**  ) <br> **Amber Reeves**, *on behalf of themselves and*  ) <br> *all others similarly situated*,  ) <br> ) <br> **Plaintiffs,**  ) <br> ) <br> v.  ) <br> ) <br> **NORTHWEST TENNESSEE FOOT CLINIC,**  ) <br> **PLLC** *a Tennessee Limited Liability Company,* and ) <br> **DR. ELIZABETH LU,**  ) <br> ) <br> **Defendants.**  ) | **Civil Action, Case No.: 1:19-cv-1122** <br><br> **JURY DEMANDED** |

## JOINT MOTION FOR SETTLEMENT APPROVAL

The Parties, by and through undersigned counsel, hereby move the Court for an order approving the terms of the settlement of claims of the FLSA action reached by the Parties and for dismissal of all claims with prejudice, should the Court grant approval of the Settlement Agreement.

In support of this motion, the Parties rely upon the contemporaneously filed Memorandum in Support, the attached Settlement Agreement and the Court's record of this case.

February 12, 2020                                              Respectfully submitted,

                                                        s/ Phillip E. Oliphant
                                                        Alan G. Crone, TN Bar No. 014285
                                                        Philip E. Oliphant, TN Bar No. 025990
                                                        THE CRONE LAW FIRM, PLC
                                                        88 Union Avenue, 14th Floor
                                                        Memphis, TN 38103
                                                        901.737.7740 (voice)
                                                        901.474.7959 (voice)
                                                        901.474.7926 (fax)
                                                        acrone@cronelawfirmplc.com
                                                        poliphant@cronelawfirmplc.com

                                                        *Attorneys for Plaintiffs*

                                                        s/Jason R. Creasy_____
                                                        Jason R. Creasy
                                                        120 West Court Street
                                                        PO Box 1062
                                                        Dyersburg, TN 38025
                                                        901.762.0535 (voice)
                                                        901.762-0539 (fax)
                                                        jason@creasylawfirm.com

                                                        *Attorney for Defendants*


## CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify that I have served a true and exact copy of the foregoing via the Court's ECF system on February 12, upon:

    Jason R. Creasy
    120 West Court St.
    PO Box 1062
    Dyersburg, TN 38025
    jason@creasylawfirm.com
    *Counsel for Defendants*


                                                         s/ Philip E. Oliphant