IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

WENDY BRISENTINE, *et al.*,

    Plaintiffs,

v.                                        No. 1:19-cv-01122-JDB-jay

NORTHWEST TENNESSEE FOOT CLINIC,
PLLC, *et al.*,

    Defendants.

ORDER GRANTING JOINT MOTION FOR SETTLEMENT APPROVAL

    Before the Court is the joint motion of the parties for settlement approval. (Docket Entry 30.) Upon review of the motion, accompanying memorandum of law, and attached settlement agreement, the Court finds that the motion is well taken and it is, therefore, GRANTED. This Court retains jurisdiction to enforce the settlement agreement, and this matter is hereby dismissed with prejudice.

    IT IS SO ORDERED this 13th day of February 2020.

                                                s/ J. DANIEL BREEN
                                                UNITED STATES DISTRICT JUDGE