# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

## JUDGMENT IN A CIVIL CASE

WENDY BRISENTINE, ET AL.,

    Plaintiffs,

                      CASE NUMBER: 1:19-cv-1122-JDB-jay

v.

NORTHWEST TENNESSEE
FOOT CLINIC, PLLC, ET AL.,

    Defendants.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 2/13/2020, the Court finds the joint motion of the parties for settlement approval is well taken and it is therefore, GRANTED. This matter is hereby DISMISSED WITH PREJUDICE.

**APPROVED:**

                                                  s/J. Daniel Breen
                                                  **United States District Judge**

**THOMAS M. GOULD
CLERK**

**BY: s/ Evelyn Cheairs
DEPUTY CLERK**